IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02332-MSK-MEH

LAWANDA JONES, a/k/a LaWanda Thomas,

       Plaintiff,

v.

DEPARTMENT OF ENVIRONMENTAL HEALTH;
OFFICE OF THE MEDICAL EXAMINER; and
CITY AND COUNTY OF DENVER, a municipal corporation, Agency,

       Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

       IT IS ORDERED that, as to any exhibits and depositions used during evidentiary

hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60

days beyond the later of the time to appeal or conclusion of any appellate proceedings. The

Court will retain its copy of the exhibits for the same time period after which the documents will

be destroyed.

DATED this 28th day of September, 2010.

BY THE COURT:

Marcia S. Krieger
United States District Judge