IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02332-MSK-MEH

LAWANDA JONES, a/k/a LaWanda Thomas,

      Plaintiff,

v.

DEPARTMENT OF ENVIRONMENTAL HEALTH;
OFFICE OF THE MEDICAL EXAMINER; and
CITY AND COUNTY OF DENVER, a municipal corporation, Agency,

      Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on the Plaintiff's filing on December 23, 2010, titled "Dismissal Paper" (**#13**). The Court treats the filing as a Motion to Dismiss Claims against Defendants and hereby **GRANTS** the motion. The Clerk is directed to close this case.

DATED this 11th day of January, 2011.

BY THE COURT:

Marcia S. Krieger
United States District Judge